UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANKA POPOVIC,<br><br>        Plaintiff,<br><br>   v.<br><br>DIANE FEINSTEIN, et al.,<br><br>        Defendants. | Case No. 18-cv-03224-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 17 |

This case was reassigned to the undersigned judge on October 2, 2018. On that same day, Magistrate Judge Cousins issued a Report and Recommendation recommending that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to prosecute this case and failure to comply with the Court's deadline and orders. No party has filed a response to the Report and Recommendation.

The Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without prejudice for failure to prosecute. See Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: November 27, 2018

_____
SUSAN ILLSTON
United States District Judge