UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANKA POPOVIC, | Case No. 18-cv-03224-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DIANE FEINSTEIN, et al., | |
| Defendants. | |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: November 27, 2018

_____
SUSAN ILLSTON
United States District Judge